**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 06 2011

JAMES W. McCORMACK, CLERK
By: /s/ BK Johnson
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SHELTON SIMS )
    Plaintiff, )
 )
vs. ) Civil Action No.
 ) 5:11-CV-0112 DPM
PIONEER CREDIT RECOVERY, INC. )
    Defendant, )
 )

**COMPLAINT AND DEMAND FOR JURY TRIAL**

This case assigned to District Judge Marshall
and to Magistrate Judge Ray

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Shelton Sims, an individual consumer, against Defendant, Pioneer Credit Recovery, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business here.

1

## *III. PARTIES*

3. Plaintiff, Shelton Sims, is a natural person with a permanent residence in Stuttgart, Arkansas County, Arkansas 72160.

4. Upon Information and belief the Defendant, Pioneer Credit Recovery, Inc., is a corporation engaged in the business of collecting debt in this state and in several other states, with its principal place of business located at 26 Edward St., Arcade, Wyoming County, New York 14009. The principal purpose of Defendant is the collection of debts in this state and several other states, and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## *IV. FACTUAL ALLEGATIONS*

6. Upon information and belief, Defendant began placing collection calls to Plaintiff in or before May of 2010.

7. Within one (1) year preceding the date of this Complaint, Defendant, in connection with the collection of the alleged debt, contacted Plaintiff's mother, who is not a co-signer on the alleged debt, and informed her about the alleged debt.

8. Within one (1) year preceding the date of this Complaint, Defendant, in connection with the collection of the alleged debt, stated to Plaintiff, "We're going to refer your account to the U.S. Department of Justice to take legal action against you."

9. Within one (1) year preceding the date of this Complaint, Defendant, in connection with the collection of the alleged debt, contacted Plaintiff and threatened wage garnishment repeatedly; over a period of several months.

10. Upon information and belief, to date Defendant has not attempted to implement a wage garnishment against Plaintiff.

## V. *CLAIM FOR RELIEF*

11. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

12. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

    (a) Defendant violated *§1692b(2)* of the FDCPA by telling a third party that Plaintiff owes an alleged debt; and

    (b) Defendant violated *§1692c(b)* of the FDCPA by contacting a third party in connection with the collection of the alleged debt without the consent of Plaintiff and without the contact being in a manner covered by *§1692b* of the FDCPA; and

    (c) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt; and

    (d) Defendant violated *§1692e* of the FDCPA by using a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt; and

(e) Defendant violated *§1692e(4)* of the FDCPA by giving the false representation or implication that nonpayment of the alleged debt will result in garnishment of wages of Plaintiff when such action is unlawful and/or the Defendant or alleged creditor does not intend to take such action; and

(f) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that the Defendant does not intend to take and/or the Defendant cannot legally take; and

(g) Defendant violated *§1692e(7)* of the FDCPA by giving the false representation or implication that Plaintiff committed a crime or other conduct, in order to disgrace Plaintiff; and

(h) Defendant violated *§1692e(10)* of the FDCPA by using false representation or deceptive means in connection with the collection the alleged debt; and

(i) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt.

13. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

14. As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff, Shelton Sims, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant, Pioneer Credit Recovery, Inc., for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA.

B. Actual damages.

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

F. For such other and further relief as the Court may deem just and proper.

## VI. DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, Shelton Sims, demands trial by jury in this action.

This 2nd day of May, 2011.

ATTORNEY FOR PLAINTIFF
Shelton Sims

Respectfully submitted,
By:

Kevin J. Buckley, Jr., Esq.
EDAR Bar. No. 674594
Consumer Rights Law Firm
191 Merrimack Street, Suite 302
Haverhill, Massachusetts, 01830
Phone: (978) 212-3300
Fax: (888) 712-4458