UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| SHELTON SIMS ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| ) | 5:11-CV-0112-DPM |
| PIONEER CREDIT RECOVEY, INC. ) | |
| and DOES 1-10, inclusive, ) | |
|     Defendant, ) | |

## NOTICE OF DISMISSAL

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action without prejudice.

Dated: August 28, 2011

                                                RESPECTFULLY SUBMITTED:

                                                By: /s/Kevin J. Buckley, Jr.     .
                                                Kevin J. Buckley, Jr., Esq.
                                                EARD Bar No. 674594
                                                2 Dundee Park, Suite 201
                                                Andover, MA 01810
                                                Telephone: (978) 212-3300
                                                Facsimile: (888) 712-4458
                                                KevinB@consumerlawfirmcenter.com

### PROOF OF SERVICE

I hereby certify that on August 28, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

                                                            /s/ Kevin J. Buckley, Jr., Esq.